7822. GALLAGHER *v.* THE STATE.

LUKE, J. 1. On the trial of one charged with selling intoxicating liquor and with having in his possession spirituous liquors in receptacles holding less than a quart, it was not error for the court to instruct the jury as follows: "I further charge you that if you find, from the evidence, that the defendant had whisky in bottles or receptacles less than a quart, then that is a violation of the law, and that raises the pre-

sumption that the defendant had the liquor for the purpose of illegal sale." See answer of the Supreme Court (146 *Ga.* 807) to certified questions in the instant case. See also *Bowen* v. *State,* 19 *Ga. App.* 778 (92 S. E. 299).

2. The evidence authorized the conviction of the accused, and the court did not err in overruling the motion for a new trial.

*Judgment affirmed. Wade, C. J., and George, J., concur.*

DECIDED JUNE 13, 1917.

Accusation of sale of liquor, etc.; from city court of Richmond county—Judge Black. September 2, 1916.

*D. G. Fogarty,* for plaintiff in error.

*W. Inman Curry, solicitor,* contra.